UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GANNA KOSIAK and RUSLAN KOSIAK,    Case No.: 1:21-cv-1090

                Plaintiff,    **STIPULATION OF DISMISSAL WITH PREJUDICE**

    -against-

TURK HAVA YOLLARI ANONIM ORTAKLIGI d/b/a
TURKISH AIRLINES, and TURKISH AIRLINES INC.,

                Defendant.

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Ganna Kosiak, and Defendants Turk Hava Yollari Anonim Ortakligi and Turkish Airlines, Inc., by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff Ganna Kosiak's claims in the above-captioned action are hereby dismissed, with prejudice, with each side to bear its own costs.

Dated: New York, New York
       April 13, 2023

CLYDE & CO US LLP                         BRACH EICHLER LLC

By: _____                     By: _____

Christopher Carlsen, Esq.                 Alex Capozzi, Esq.
405 Lexington Avenue, 16th Floor          5 Penn Plaza, 23rd Floor
New York, NY 10174                        New York, NY 10001
(212) 710-3900                            (973) 364-5212

Attorneys for Defendants                  Attorneys for Plaintiffs

**So Ordered.**

s/Nicholas G. Garaufis

Hon. Nicholas G. Garaufis
Date: 5/17/23